THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES A. WILLIAMS,

          Plaintiff,

  v.

PAUL H. DANIEL, *et al.*,

          Defendants.

CASE NO. C21-5335-JCC-DWC

ORDER

This matter comes before the Court on United States Magistrate Judge David Christel's Report and Recommendation ("R&R") recommending that the Court deny Mr. Williams's motion to proceed *in forma pauperis* because Mr. Williams has accrued three strikes under 18 U.S.C. § 1915(g) and is not under imminent danger of serious physical injury. (*See* Dkt. No. 6.) Mr. Williams has not objected to the R&R. Having reviewed the R&R and the relevant record, the Court ADOPTS the R&R and DENIES Mr. Williams's motion to proceed *in forma pauperis*. Should Mr. Williams wish to proceed with this action, he must pay the $402 filing fee within 30 days of the date of this order.[1] If Mr. Williams does not pay the filing fee within 30 days, the Court will dismiss this action without prejudice. The Court DIRECTS the Clerk to send copies of

---

[1] Magistrate Judge Christel's R&R refers to a $400 filing fee, but the filing fee was increased to $402 on December 1, 2020. *See* https://www.wawd.uscourts.gov/news/updated-fee-schedule-wawd-0.

ORDER
C21-5335-JCC-DWC
PAGE - 1

1 | this order to Mr. Williams and to Judge Christel.
2 | DATED this 22nd day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-5335-JCC-DWC
PAGE - 2